# United States District Court
# Western District of North Carolina
# Statesville Division

| | |
|---|---|
| **Robin Leach Jr.**, | JUDGMENT IN CASE |
| Petitioner(s), | 5:20-cv-00074-KDB |
| vs. | 5:17-cr-00028-KDB-DSC |
| **USA**, | |
| Respondent(s). | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 25, 2021 Order.

March 25, 2021

Frank G. Johns, Clerk
United States District Court